# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT JACKSON

| | |
|---|---|
| ANDERSON EYE CARE OF WEST TENNESSEE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AUTO OWNERS INSURANCE COMPANY, and MICHAEL KNIGHT,<br><br>　　　　Defendant. | No.: 1:23-cv-1092<br>**JURY DEMANDED** |

## CONSENT TO REMOVAL

Defendant Auto Owners Insurance Company ("Auto Owners) consents to the removal of this civil action from the Chancery Court of Weakley County, Tennessee, 25551, to the United States District Court for the Western District of Tennessee.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: /s/ Bradford D. Box
　　BRADFORD D. BOX (BPR No. 16596)
　　BLAKE M. TIMS (BPR No. 040511)
　　*Attorneys for Defendant Auto Owners Insurance*
　　209 East Main Street
　　P. O. Box 1147
　　Jackson, TN  38302-1147
　　(731) 423-2414
　　bbox@raineykizer.com
　　btims@raineykizer.com

## CERTIFICATE OF SERVICE

        The undersigned certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by mailing postage prepaid or by email. Parties may access this filing through the Court's electronic filing system.

        Drayton Berkley, BPR No. 02261
The Berkley Law Firm, PLLC
1255 Lynnfield Road, Suite 226
Memphis, TN 38119
(901) 322-8706
*Attorney for Plaintiff*

        Matthew Rogers (BPR No. 038777)
Brewer, Krause, Brooks, Chastain & Meisner, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
(615) 256-8787
*Attorney for Defendant Michael Knight*

This the 15th day of June, 2023.

                                                    /s/ Bradford D. Box_____