IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

**ANDERSON EYE CARE OF WEST TENNESSEE**

|  |  |
|---|---|
| **Plaintiff** | ) |
|  | ) |
| **v.** | ) No.: 1:23-cv-01092-STA-jay |
|  | ) |
|  | ) |
| **AUTO-OWNERS INSURANCE COMPANY** |  |
| **Defendant** |  |

### NOTICE OF MEDIATION STATUS

**COMES NOW** Defendant, by and through counsel, and submit this Notice of Mediation Status Report as follows:

The ADR deadline in this matter was April 30, 2024 pursuant to the Joint Proposed Scheduling Order. Due to scheduling conflicts, the parties were unable to complete ADR by the date above but the mediation is currently scheduled with Fred Collins for June 4, 2024 at 10:00 a.m. at Rainey, Kizer, Reviere & Bell, PLC, in Jackson, Tennessee. As of May 21, 2024, Plaintiff's counsel has advised Defense counsel that his client has a scheduling conflict on June 4, 2024 and will be seeking an extension to the scheduling order to reschedule the mediation.

**Respectfully submitted,**

By: *s/Bradford D. Box*
Bradford D. Box (BPR No. 16596)
Blake M. Tims (BPR No. 040511)
RAINEY, KIZER, REVIERE & BELL, PLC
***Attorney for Defendant***
209 East Main Street
Jackson, Tennessee 38302-1147
(731) 423-2414—phone
bbox@raineykizer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this document was served upon the following through e-mail, regular mail, and/or by hand-delivery to such person(s).

Drayton Berkley, BPR No. 02261
The Berkley Law Firm, PLLC
1255 Lynnfield Road, Suite 226
Memphis, TN 38119
(901) 322-8706
*Attorney for Plaintiff*

This the 21st day of May, 2024.

/s/ Bradford D. Box