IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

ANDERSON EYE CARE OF WEST TENNESSEE
Plaintiff            )
                     )
v.                   )   No.: 1:23-cv-01092-STA-jay
                     )
AUTO-OWNERS INSURANCE COMPANY,
Defendants

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action hereby stipulate that the Plaintiff's cause of action against Defendant, Auto Owners Insurance Company, is voluntarily DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own attorneys' fees, court costs, and discretionary costs.

Respectfully submitted,

**  /s/Drayton D. Berkley**
Drayton D. Berkley, Esq.
Berkley Law Firm, PLLC
**attorneyberkley@gmail.com**
*Attorney for Plaintiff*
P.O. Box 771048
Memphis, TN 38177

/s/Blake M. Tims
Bradford D. Box, Esq.
Blake M. Tims, Esq.
Rainey, Kizer, Reviere & Bell, P.L.C.
209 East Main Street
P. O. Box 1147
Jackson, TN 38302-1147
Attorneys for AutoOwners Insurance

1

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:

Bradford D. Box, Esq.
Blake M. Tims, Esq.
Rainey, Kizer, Reviere & Bell, P.L.C.
209 East Main Street
P. O. Box 1147
Jackson, TN 38302-1147
Attorneys for AutoOwners Insurance

This, the 3rd day of June 2024

   /s/**Drayton D. Berkley**
**Drayton D. Berkley**